**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angelo GALLOWAY, a/k/a Gelo, Defendant–Appellant.**

No. 15–8018.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Angelo Galloway, Appellant Pro Se. Benjamin L. Hatch, Assistant United States Attorney, Joseph Kosky, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed

the record and find no reversible error. At this juncture, Galloway can no longer seek relief from his guilty plea pursuant to Fed.R.Crim.P. 11. *See* Fed.R.Crim.P. 11(e). Insofar as his motion could be construed as a successive 28 U.S.C. § 2255 (2012) motion, the district court lacked jurisdiction to consider it. *See United States v. McRae,* 793 F.3d 392, 397 (4th Cir.2015). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*